1    [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8

9

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15   SICK A.G., a German corporation, and SICK,     Case No.: 06-2028 CW (MEJ)
     INC., a Minnesota corporation,
16                                                   **STIPULATION AND [PROPOSED]**
                                                     **ORDER EXTENDING TIME TO**
17            Plaintiffs, counterdefendants          **COMPLY WITH ADR DEADLINES;**
                                                     **DECLARATION OF ELAINE Y. CHOW**
18        v.                                         **IN SUPPORT THEREOF**

19   Scientific Technologies, Inc., an Oregon
     corporation,
20
              Defendant, counterclaimant.
21

22

23          Pursuant to Civil Local Rules 6-1(b) and 6-2, defendant Scientific Technologies, Inc. ("STI")

24   and plaintiffs SICK A.G. and SICK, INC. (collectively, "SICK") hereby stipulate that STI shall have

25   an extension of time to, and including, July 18, 2006, in which to file an ADR Certification and that

26   STI and SICK shall have an extension of time to, and including, July 18, 2006 in which to file a

27   Stipulation to ADR Process.  According to the March 16, 2006 Order Setting Initial Case

28   Management Conference and ADR Deadlines issued by Magistrate Judge Maria-Elena James, the

---

1   deadline for the parties to file an ADR Certification and a Stipulation to ADR Process is June 22,

2   2006.  STI requested, and SICK agreed, to an extension of time because representatives for STI have

3   been out of the country and because the parties are scheduled to discuss ADR options on July 17,

4   2006 as part of their Rule 26(f) conference.  The Declaration of Elaine Y. Chow is attached hereto

5   pursuant to Civil L.R. 6-2(a).

6           Previously, the Court granted STI an additional 30 days in which to answer, respond or

7   otherwise plead to the Complaint.  An extension of time to file an ADR Certification and a

8   ///

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Stipulation to ADR Process will not affect the schedule of this case.

2    DATED:  June 15, 2006.                    PRESTON GATES & ELLIS LLP

3

4

5                                             By _____/s/_____
                                                 MICHAEL J. BETTINGER (State Bar No. 122196)
6                                                ELAINE Y. CHOW (State Bar No. 194063)
                                                 mikeb@prestongates.com
7                                                echow@prestongates.com
                                                 Preston Gates & Ellis LLP
8                                                55 Second St. #1700
                                                 San Francisco, CA  94105
9                                                Phone:  (415) 882-8200
                                                 Fax:  (415) 882-8220
10
                                                 DAVID E. BENNETT, *Pro Hac Vice*
11                                               ANTHONY J. BILLER, *Pro Hac Vice*
                                                 MICHAEL D. MURPHY, *Pro Hac Vice*
12                                               dbennett@coatsandbennett.com
                                                 abiller@coatsandbennett.com
13                                               mmurphy@coatsandbennett.com
                                                 COATS & BENNETT, P.L.L.C.
14                                               1400 Crescent Green, Suite 300
                                                 Cary, NC  27511
15                                               Phone:   (919) 854-1844
                                                 Fax:  (919) 854-2084
16

17                                            Attorneys for Defendant
                                              SCIENTIFIC TECHNOLOGIES, INC.
18

19   DATED:  June 15, 2006.                    TOWNSEND AND TOWNSEND AND CREW LLP

20

21                                            By _____/s/_____
                                                 J. GEORG SEKA (State Bar No. 40069)
22                                               IGOR SHOIKET (State Bar No. 190066)
                                                 PRIYA SREENIVASAN (State Bar No. 232649)
23                                               TOWNSEND AND TOWNSEND AND CREW LLP
                                                 Two Embarcadero Center, 8th Floor
24                                               San Francisco, CA  94111
                                                 Phone:  (415) 576-0200
25                                               Fax:  (415) 576-0300

26                                            Attorneys for Plaintiffs
                                              SICK A.G. and SICK INC.
27

28

1    IT IS SO ORDERED.

2
                    6/30/06
3    Dated: _____          _____
4                                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF ELAINE Y. CHOW

2

I, Elaine Y. Chow, declare as follows:

3

1.      I am an attorney licensed to practice in California and before this Court.  I am one of

4

counsel for defendant Scientific Technologies Inc. ("STI") in the above-entitled action.  I submit this

5

declaration based upon personal knowledge, and if called as a witness, would testify as follows:

6

2.      According to the March 16, 2006 Order Setting Initial Case Management Conference

7

and ADR Deadlines issued by Magistrate Judge Maria-Elena James, the deadline for the parties to

8

file an ADR Certification and a Stipulation to ADR Process is June 22, 2006.

9

3.      STI requested, and SICK agreed, to an extension of time to July 18, 2006 because

10

representatives for STI have been out of the country and because the parties are scheduled to discuss

11

ADR options on July 17, 2006 as part of their Rule 26(f) conference.

12

4.      Previously, the Court granted STI an additional 30 days in which to answer, respond

13

or otherwise plead to the Complaint.  An extension of time to file the ADR Certification and the

14

Stipulation to ADR Process will not affect the schedule of this case.

15

I declare under the penalty of perjury that the foregoing is true and correct.

16

Executed on June 15, 2006.

17

18

19

_____/s/_____

Elaine Y. Chow

20

21

22

23

24

25

26

27

28

1

2

## ATTESTATION PURSUANT TO GENERAL ORDER 45

3
I, Elaine Y. Chow, attest that concurrence in the filing of this document has been obtained

4
from counsel for plaintiffs.  I declare under penalty of perjury under the laws of the United States of

5
America that the foregoing is true and correct.

6
Executed this 15th day of June, 2006 at San Francisco, California.

7

8

_____
/s/
Elaine Y. Chow

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28