TOWNSEND AND TOWNSEND AND CREW LLP
J. GEORG SEKA (State Bar No. 40069); jgs@townsend.com
IGOR SHOIKET (State Bar No. 190066); ishoiket@townsend.com
PRIYA SREENIVASAN (State Bar No. 232649); psreenivasan@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300

Attorneys for Plaintiffs
SICK A.G. and SICK, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SICK A.G., a German corporation, and SICK, INC., a Minnesota corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Scientific Technologies Inc., an Oregon corporation,<br><br>　　　　　　Defendant. | Case No.　　C06-2028 CW (MEJ)<br><br>**STIPULATION OF DISMISSAL OF SICK, INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
| Scientific Technologies Inc., an Oregon corporation,<br><br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>SICK A.G., German corporation, and SICK, INC., a Minnesota corporation<br><br>　　　　　　Counterdefendants. | |

1  IT IS HEREBY STIPULATED THAT Plaintiffs Sick A.G. and Sick, Inc. and Defendant
2  Scientific Technologies Inc. (hereinafter "Defendant") hereby dismiss all causes of action asserted in
3  this case by Sick Inc. against Defendant without prejudice and all causes of action asserted in this case
4  by Defendant against Sick Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a).

6  DATED: September 6, 2006                    PRESTON GATES & ELLIS LLP

                                               By _____/s/   David E. Bennett_____
                                                  Michael J. Bettinger (State Bar No. 122196)
                                                  Elaine Y. Chow (State Bar No. 194063)
                                                  mikeb@prestongates.com
                                                  echow@prestongates.com
                                                  Preston Gates & Ellis LLP
                                                  55 Second St., #1700
                                                  San Francisco, CA 94105
                                                  Phone: (415) 882-8200
                                                  Fax: (415) 882-8220

                                                  David E. Bennett, *Pro Hac Vice*
                                                  Anthony J. Biller, *Pro Hac Vice*
                                                  Michael D. Murphy, *Pro Hac Vice*
                                                  dbennett@coatsandbennett.com
                                                  abiller@coatsandbennett.com
                                                  mmurphy@coatsandbennett.com
                                                  COATS & BENNETT, P.L.L.C.
                                                  1400 Crescent Green, Suite 300
                                                  Cary, NC 27511
                                                  Phone: (919) 854-1844
                                                  Fax: (919) 854-2084

                                               Attorneys for Defendant
                                               SCIENTIFIC TECHNOLOGIES, INC.

STIPULATION OF DISMISSAL OF SICK, INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)
Case No. C06-2028 CW (MEJ)

| | | |
|---|---|---|
| 1 | DATED: September 6, 2006 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | | |
| 3 | | By      /s/ Igor Shoiket |
| | | J. George Seka (State Bar No. 40069) |
| 4 | | Igor Shoiket (State Bar No. 190066) |
| | | Priya Sreenivasan (State Bar No. 232649) |
| 5 | | jgs@townsend.com |
| | | ishoiket@townsend.com |
| 6 | | psreenivasan@townsend.com |
| | | TOWNSEND AND TOWNSEND AND CREW LLP |
| 7 | | Two Embarcadero Center, 8th Floor |
| | | San Francisco, CA 94111 |
| 8 | | Phone: (415) 576-0200 |
| | | Fax: (415) 576-0300 |
| 9 | | |
| 10 | | Attorneys for Plaintiffs |
| | | SICK A.G. and SICK INC. |

14    **IT IS SO ORDERED.**

15            9/8/06

16    DATED: _____

                                             THE HONORABLE CLAUDIA WILKEN
                                             UNITED STATES DISTRICT COURT JUDGE

60856565 v1

STIPULATION OF DISMISSAL OF SICK, INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)
Case No. C06-2028 CW (MEJ)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Igor Shoiket, attest that concurrence in the filing of this document has been obtained from counsel for defendants.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of September, 2006 at San Francisco, California.

_____/s/_____
Igor Shoiket