1  DAVID E. BENNETT (ADMITTED PRO HAC VICE)
   dbennett@coatsandbennett.com
2  COATS & BENNETT, P.L.L.C.
   1400 Crescent Green, Suite 300
3  Cary, North Carolina  27511
   Telephone:    919.854.1844
4  Facsimile:    919.854.2084

5  CHARLES S. BARQUIST (CA SBN 133785)
   cbarquist@mofo.com
6  MORRISON & FOERSTER LLP
   555 West Fifth Street
7  Los Angeles, California  90013-1024
   Telephone:    213.892.5200
8  Facsimile:    213.892.5454

9  Attorneys for Defendant and Counterclaimant
   SCIENTIFIC TECHNOLOGIES, INC.
10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  SICK A.G., a German corporation, | Case No.    C 06-02028 CW (MEJ) |
| 16            Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| 17       v. | |
| 18  SCIENTIFIC TECHNOLOGIES, INC., an Oregon corporation, | |
| 19            Defendant. | |
| 20  SCIENTIFIC TECHNOLOGIES, INC., an Oregon corporation, | |
| 21 | |
| 22            Counterclaimant, | |
| 23       v. | |
| 24  SICK A.G., a German corporation, | |
| 25            Counterdefendants. | |

26

27

28

                                - 1 -                NOTICE OF SUBSTITUTION OF ATTORNEY
                                                     Case No. C 06-02028 CW
la-891538

1   NOTICE IS HEREBY GIVEN that Defendant and Counterclaimant Scientific
2  Technologies, Inc. substitutes Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles,
3  California  90013-1024, 213.892.5200 as counsel of record in place and instead of Preston Gates
4  & Ellis LLP, 55 Second Street, Suite 1700, San Francisco, California  94105-3493.  Coats &
5  Bennett, P.L.L.C. continues as co-counsel for Scientific Technologies, Inc.
6   I AGREE AND ACCEPT THIS SUBSTITUTION:

Dated:  November 24, 2006          SCIENTIFIC TECHNOLOGIES, INC.


                                   By:   /s/Joseph J. Lazzara
                                         Vice Chairman and Sr. Vice President


Dated:  November 24, 2006          CHARLES S. BARQUIST
                                   MORRISON & FOERSTER LLP


                                   By:   /s/Charles S. Barquist
                                         Charles S. Barquist


Dated:  November 24, 2006          ELAINE Y. CHOW
                                   PRESTON GATES & ELLIS LLP


                                   By:   /s/ Elaine Y. Chow
                                         Elaine Y. Chow

                                   Attorneys for Defendant and Counterclaimant
                                   Scientific Technologies, Inc.

**GENERAL ORDER 45 ATTESTATION**

I, Charles S. Barquist, am the ECF User whose ID and password are being used to file the Notice of Substitution of Attorney and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Joseph J. Lazzara of Scientific Technologies, Inc. and Elaine Y. Chow of Preston Gates & Ellis LLP have concurred in this filing.

Dated: November 27, 2006   CHARLES S. BARQUIST
MORRISON & FOERSTER LLP


By:   /s/Charles S. Barquist
           Charles S. Barquist

Good cause appearing,

IT IS HEREBY ORDERED that Morrison & Foerster LLP be substituted for Preston Gates & Ellis LLP as counsel of record for Scientific Technologies, Inc.

Dated:   11/29/06

_[signature: Claudia Wilken]_

Honorable Claudia Wilken
United States District Judge