| | |
|---|---|
| 1 | COATS & BENNETT, P.L.L.C. |
| | DAVID E. BENNETT, *Pro Hac Vice* |
| 2 | ANTHONY J. BILLER, *Pro Hac Vice* |
| | MICHAEL D. MURPHY, *Pro Hac Vice* |
| 3 | 1400 Crescent Green, Suite 300 |
| | Cary, NC  27511 |
| 4 | Phone:  (919) 854-1844 |
| | Fax:      (919) 854-2084 |
| 5 | |
| | Attorneys for Defendant and Counterclaimant |
| 6 | Omron Scientific Technologies Inc. |
| 7 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | J. GEORG SEKA (State Bar No. 40069) |
| 8 | IGOR SHOIKET (State Bar No. 190066) |
| | MATTHEW R. HULSE (State Bar No. 209490) |
| 9 | PRIYA SREENIVASAN (State Bar No. 232649) |
| | Two Embarcadero Center, 8th Floor |
| 10 | San Francisco, California  94111 |
| | Telephone: (415) 576-0200 |
| 11 | Facsimile: (415) 576-0300 |
| 12 | Attorneys for Plaintiff and Counterdefendant |
| | SICK A.G. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SICK A.G., German corporation, | Case No.   C06-2028 CW (MEJ) |
| Plaintiff, | **STIPULATION AND ORDER AMENDING CASE MANAGEMENT DATES** |
| v. | |
| OMRON SCIENTIFIC TECHNOLOGIES INC, an Oregon corporation, formerly known as Scientific Technologies, Inc. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Civil L.R. 6-2 and 7-12, the parties hereby stipulate and request the Court to modify the Case Management Order entered October 2, 2006, by extending the parties' deadlines for exchanging claim construction contentions, filing of the Joint Claim Construction and Prehearing Statement, and completion of claim construction discovery.  Specifically, the parties propose the

1  following amendments to the current Case Management Order:

| | Current | Proposed |
|---|---|---|
| Exchange of Proposed Terms and Claim Elements for Construction | 12/05/06 | 08/06/07 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 01/15/07 | 09/15/07 |
| Joint Claim Construction and Prehearing Statement | 02/08/07 | 10/15/07 |
| Completion of Claim Construction Discovery | 03/12/07 | 12/03/07 |

In support of this motion, the parties show unto the Court as follows:

1. The current deadlines have not yet passed.

2. The current deadlines were based on the parties proposing to submit claim construction briefing and to have claim construction heard by the Court prior to the close of discovery. In its scheduling order, the Court chose instead to defer hearing claim construction arguments until 2008, after the close of fact and expert discovery on December 3, 2007.

3. Since the Court will not receive or decide claim construction arguments until 2008, the parties agree that it is more efficient to exchange claim construction contentions under the revised schedule proposed by the parties herein. The proposed amended schedule would have claim construction discovery conclude at the same time the Court set for closing fact and expert discovery.

4. The parties believe that these proposed amendments will not cause any undue delay or frustration for the Court's trial schedule.

5. The remaining dates in the Court's Case Management Order would be unaffected.

6. The parties have not previously requested any modifications to the Case Management Order in this case.

///
///
///
///
///
///
///
///

1  Respectfully submitted this the 5th day of December, 2006.

3  DATED:   December 5, 2006          TOWNSEND and TOWNSEND and CREW LLP

By: /s/ Igor Shoiket
    J. Georg Seka
    Igor Shoiket
    Matthew R. Hulse
    Priya Sreenivasan


    Attorneys for Plaintiffs and Counterdefendant
    SICK A.G.


COATS & BENNETT, P.L.L.C.


By: /s/ Anthony J. Biller
    David E. Bennett, *Pro Hac Vice*
    Anthony J. Biller, *Pro Hac Vice*
    Michael D. Murphy, *Pro Hac Vice*


    Attorneys for Defendant-Counterclaimant Omron
    Scientific Technologies Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| Exchange of Proposed Terms and Claim Elements for Construction | 08/06/07 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 09/15/07 |
| Joint Claim Construction and Prehearing Statement | 10/15/07 |
| Completion of Claim Construction Discovery | 12/03/07 |

The remaining deadlines as set forth in the Court's October 2, 2006 Case Management Order remain unchanged.

12/8/06

Dated: _____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1 | **Electronic Filing Attestation Pursuant to General Order No. 45(X)(B)**

2 |     I, Igor Shoiket, attest under penalty of perjury that concurrence in the filing of this document
3 | has been obtained from Anthony J. Biller.

                               /s/ Igor Shoiket
                                  Igor Shoiket

60931958 v1

STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C06 2028 CW (MEJ)                                                                 4