David E. Bennett, *Pro Hac Vice*
Anthony J. Biller, *Pro Hac Vice*
Michael D. Murphy, *Pro Hac Vice*
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, NC  27518
Phone:  (919) 854-1844
Fax:     (919) 854-2084

Charles S. Barquist
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Phone:  (213) 892-5400
Fax:     (213) 892-5454

Attorneys for Defendant
Omron Scientific Technologies Inc.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SICK A.G., a German corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>OMRON SCIENTIFIC TECHNOLOGIES, INC., an Oregon corporation formerly known as Scientific Technologies, Inc,<br><br>            Defendant – Counterclaimant,<br><br>     v.<br><br>SICK A.G., a German corporation,<br><br>            Counterclaim-Defendant | Case No. C 06-02028 CW<br><br>**STIPULATION TO AMEND ANSWER AND COUNTERCLAIMS** |

Pursuant to Federal Rule of Civil Procedure 15(a) and in accordance with Local Rule 7-12, Defendant Scientific Technologies, Inc. ("OSTI") moves the Court for leave to amend its Answer and Counterclaims.

OSTI previously requested permission to amend on November 22, prior to the deadline for amending the Answer and Counterclaims. [D.47.]  Since that motion, Plaintiff Sick A.G. consented

STIPULATION TO AMEND ANSWER AND
COUNTERCLAIMS                                                                    1
Case No. C 06-02028 CW

to this request to amend. The proposed *First Amended Answer and Counterclaims for Declaratory Relief* is attached as Exhibit A.

As Plaintiff consents to the amendment, OSTI respectfully requests the Court grant OSTI's request to amend.

Respectfully submitted this the 1st day of December, 2006.

**TOWNSEND AND TOWNSEND AND CREW LLP**

By:  /s/ Igor Shoiket
J. Georg Seka (State Bar No. 40069)
Igor Shoiket (State Bar No. 190066)
Priya Sreenivasan (State Bar No. 232649)
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Phone:  (415) 576-0200
Fax:     (415) 576-0300

**Attorneys for Plaintiff and Counterdefendant SICK A.G.**

**COATS & BENNETT, P.L.L.C.**

By:  /s/ Anthony J. Biller
David E. Bennett, *Pro Hac Vice*
Anthony J. Biller, *Pro Hac Vice*
Michael D. Murphy, *Pro Hac Vice*
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, NC  27511
Phone:  (919) 854-1844
Fax:     (919) 854-2084

**Attorneys for Defendant-Counterclaimant Omron Scientific Technologies Inc.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/8/06

_____
Honorable Claudia Wilken
United States District Judge