IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SICK, A.G., a German Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>OMRON SCIENTIFIC TECHNOLOGIES INC.,<br>an Oregon corporation, formerly known<br>as Scientific Technologies,<br><br>      Defendant.<br>_____/ | No. C 06-2028 CW<br><br>ORDER DENYING<br>WITHOUT PREJUDICE<br>PLAINTIFF'S<br>MOTION TO STRIKE<br>DEFENDANT'S<br>DEFENSES AND<br>COUNTERCLAIMS |

    Plaintiff Sick, A.G. moves to strike Defendant Omron Scientific Technologies' invalidity affirmative defenses and invalidity counterclaim.  The motion is denied without prejudice to renewal in Plaintiff's briefing on other case-dispositive motions to be heard on February 22, 2008.

    IT IS SO ORDERED.

Dated: 1/23/07

                                    CLAUDIA WILKEN<br>                                    United States District Judge