Charles S. Barquist
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Phone: (213) 892-5400
Fax: (213) 892-5454

David E. Bennett, *Pro Hac Vice*
Anthony J. Biller, *Pro Hac Vice*
Michael D. Murphy, *Pro Hac Vice*
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, NC  27511
Phone:   (919) 854-1844
Fax:       (919) 854-2084

Attorneys for Defendant
Scientific Technologies Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SICK A.G., a German corporation,<br><br>      Plaintiff-Counterdefendant,<br><br>v.<br><br>SCIENTIFIC TECHNOLOGIES INC.,<br>   an Oregon corporation,<br><br>      Defendant-Counterclaimant. | Case No.   C06-2028 CW<br><br>**JOINT STIPULATION AND ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-2, Defendant Scientific Technologies Inc. and Plaintiff Sick A.G. jointly request an order postponing the case management conference scheduled for July 31, 2007 before the Honorable Judge Claudia Wilken.  In support of this request, the parties provide as follows:

1.      The parties have negotiated a settlement of their dispute.  The agreement resolves all claims and counterclaims at issue and will result in the dismissal of this action.

2.      In light of the settlement agreement, the parties requested and the court granted a thirty-day a stay of the proceeding and suspension of all deadlines.  [D.69; 70.]  The Court also scheduled a case management conference to take place on July 31, 2007.

3. The parties worked diligently to consummate the final settlement document, however, the parties have not yet completed this document. The parties believe the final settlement document will be completed within the next month. The execution of the final settlement document will completely resolve this litigation.

4. To avoid unnecessary additional expenditure related to this case, the parties request that the Court postpone the case management conference.

5. The parties make this request in good faith without purpose of causing undue delay.

Respectfully submitted this the 25th day of July, 2007.

| | |
|---|---|
| **TOWNSEND AND TOWNSEND AND CREW LLP** | **COATS & BENNETT, P.L.L.C.** |
| By:/s/ Igor Shoiket<br>Igor Shoiket<br>J. Georg Seka<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA  94111-3834<br>Phone:  (415) 576-0200 | By:/s/ Anthony J. Biller<br>David E. Bennett, *Pro Hac Vice*<br>Anthony J. Biller, *Pro Hac Vice*<br>Michael D. Murphy, *Pro Hac Vice*<br>1400 Crescent Green, Suite 300<br>Cary, NC  27518<br>Phone:   (919) 854-1844 |
| **Attorneys for Plaintiff- Counterdefendant Sick A.G.** | **Attorneys for Defendant-Counterclaimant Omron Scientific Technologies Inc.** |

**IT IS SO ORDERED.  THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO SEPTEMBER 4, 2007 AT 2:00 P.M.**

**7/26/06**

DATED: _____

Honorable Claudia Wilken
United States District Judge