| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | J. GEORG SEKA (State Bar No. 40069) |
|   |     jgs@townsend.com |
| 3 | IGOR SHOIKET (State Bar No. 190066) |
|   |     ishoiket@townsend.com |
| 4 | MEHRNAZ BOROUMAND (State Bar No. 197271) |
|   |     mboroumand@townsend.com |
| 5 | MATTHEW R. HULSE (State Bar No. 209490) |
|   |     mrhulse@townsend.com |
| 6 | PRIYA SREENIVASAN (State Bar No. 232649) |
|   |     psreenivasan@townsend.com |
| 7 | Two Embarcadero Center, 8th Floor |
|   | San Francisco, California  94111 |
| 8 | Telephone: (415) 576-0200 |
|   | Facsimile: (415) 576-0300 |

Attorneys for Plaintiff and Counterdefendant
SICK A.G.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SICK A.G., German corporation, | Case No.   C06-2028 CW (MEJ) |
|         Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| OMRON SCIENTIFIC TECHNOLOGIES INC., an Oregon corporation, formerly known as Scientific Technologies, Inc. | |
|         Defendant | |
| AND RELATED COUNTERCLAIMS | |

   WHEREAS, the parties hereto have reach a confidential settlement to the present action,

   IT IS HEREBY STIPULATED by and between the parties through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

   Each party is to bear its own costs, expenses and attorneys' fees.

|   |   |   |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | DATED: August 31, 2007 | TOWNSEND and TOWNSEND and CREW LLP |

By: /s/ Igor Shoiket
    J. Georg Seka
    Igor Shoiket
    Mehrnaz Boroumand
    Matthew R. Hulse
    Priya Sreenivasan

Attorneys for Plaintiff and Counterdefendant SICK A.G.

DATED: August 31, 2007   COATS AND BENNETT, PLLC

By: /s/ Anthony J. Biller
    David E. Bennett, *Pro Hac Vice*
    Anthony J. Biller, *Pro Hac Vice*
    Michael D. Murphy, *Pro Hac Vice*

Attorneys for Defendant and Counterclaimant OMRON SCIENTIFIC TECHNOLOGIES, INC.

**IT IS SO ORDERED**.

DATED: 9/4/07   By: /s/ Claudia Wilken
    The Honorable Claudia Wilken
    United States District Court Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. C06 2028 CW (MEJ)